

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica Camarillo, Individually and on behalf of others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Balboa Thrift and Loan Association<br><br>**Defendant.** | Civil Action No. 20-cv-00913-BEN-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to Compel Arbitration is GRANTED. Defendant's Motion to Dismiss is GRANTED WITH PREJUDICE. Defendant's Motion to Stay is DENIED as moot. Plaintiff's Evidentiary Objections are OVERRULED. Defendant's Request for Judicial Notice is GRANTED. The Clerk of the Court is directed to close the case.

**Date:** 2/5/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler
M. Exler, Deputy